IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL,
ADC #104136                                                                                    PLAINTIFF

v.                                      5:10CV00030JMM/HLJ

DR. ROBERT RECTENWALD, et al.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Manus, Hobbs, Norris, and John Doe Rehab Program Manager, are hereby DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 20th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE