IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL,                                                                                    PLAINTIFF
ADC #104136

v.                                          5:10CV00030JMM/JTK

DR. ROBERT RECTENWALD, et al.                                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendants Kelley, Gibson, Ewell, Hughes, and White, is GRANTED in part, with respect to plaintiff's allegations against defendants Kelley, Gibson, and White, and DENIED with respect to plaintiff's allegations of failure to protect against defendants Ewell and Hughes.

IT IS SO ORDERED this 28th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE