IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JESSIE HILL,**                      **PLAINTIFF**
**ADC #104136**

v.          **5:10CV00030JMM/JTK**

**DR. ROBERT RECTENWALD, et al.**            **DEFENDANTS**

## ORDER

Pending is Defendant's motion for reconsideration. (Docket # 67). For the reasons stated in the Proposed Findings and Recommendations adopted by the Court on June 28, 2010, Defendant's motion is DENIED.

IT IS SO ORDERED this 6th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE