IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL,
ADC #104136                      PLAINTIFF

v.          5:10CV00030JMM/JTK

ROBERT RECTENWALD, et al.             DEFENDANTS

ORDER

By Order dated August 6, 2010, this Court granted in part Defendants' Joint Motion for Sanctions (Doc. No. 74). However, the document was incorrectly referred to in that Order as document number 72. Therefore, the Clerk is directed to remove this motion from the pending motions list.

IT IS SO ORDERED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE