IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE HILL,
ADC #104136                                                                                          PLAINTIFF

v.                                          5:10-cv-00030-JMM-JTK

ROBERT RECTENWALD, et al.                                                              DEFENDANTS

## ORDER

In response to the Court's Order of October 20, 2010 (Doc. No. 115), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled for March 8, 2011, the Plaintiff has submitted a witness request, asking for 15 witnesses (Doc. No. 157).  Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

IT IS SO ORDERED this 17th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE