## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JESSIE HILL,
ADC #104136                                                                                    PLAINTIFF

v.                             5:10-cv-00030-JMM-JTK

DR. ROBERT RECTENWALD, et al.                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment filed by Defendants Hughes and Ewell (Doc. No. 144) is GRANTED, and they are DISMISSED from Plaintiff's Complaint.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. No. 168) is DENIED in part, with respect to his allegations against Defendants Ewell and Hughes; ruling on Plaintiff's Summary Judgment Motion with respect to Defendant Rectenwald is held in abeyance, pending Defendants' Response.

IT IS SO ORDERED this 13th day of April, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE