# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JESSIE HILL, #104136**                                                                   **PLAINTIFF**

**V.**                               **5:10CV00030 JMM/JTK**

**ROBERT RECTENWALD, ET AL**                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Reconsideration of the Court's Order dated April 13, 2011 dismissing Defendants Ewell and Hughes. The Court has reviewed Plaintiff's motion and the record in this case. Plaintiff has failed to present any information, evidence or new legal authority which would require the Court to reconsider the Order. Therefore, Plaintiff's motion (Docket # 181) is DENIED.

IT IS SO ORDERED this 16th day of May, 2011.

_____
James M. Moody
United States District Judge