## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JESSIE HILL,
ADC #104136                                                                    PLAINTIFF

v.                          5:10-cv-00030-JMM-JTK

DR. ROBERT RECTENWALD, et al.                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Defendant's Motion for Summary Judgment (Doc. No. 184) is GRANTED, and Plaintiff's Complaint against Defendant is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment and Trial Date (Doc. No. 168) is DENIED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of August, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE