IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL,
ADC #104136                                                                                          PLAINTIFF

v.                                    5:10-cv-00030-JMM-JTK

DR. ROBERT RECTENWALD, et al.                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of August, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE